UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DON MENNILLO

    Plaintiff,                      CASE NO. 6:10-CV-1081-ORL-31-KRS

vs.

REDLINE RECOVERY SERVICES, LLC,

    Defendant,
_____/

## NOTICE OF SETTLEMENT

COMES NOW Defendant, REDLINE RECOVERY SERVICES, LLC, by and through their undersigned counsel, hereby notifies the Court that a compromise settlement has been reached between the parties and that they anticipate the filing of a Joint Dismissal With Prejudice of the said claims in the above-captioned suit within the next thirty (30) days.

Respectfully submitted this 4th day of January, 2011.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on **January** 4, **2011**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed the above-mentioned counsel and opposing counsel:

James Pacitti, Esquire
Krohn & Moss, Ltd.
10474 Santa Monica Boulevard, Suite 401
Los Angeles, CA 90025
323-988-2400 ext 230
Facsimile: (866) 385-1408
jpacitti@consumerlawcenter.com

ERNEST H. KOHLMYER, III
Florida Bar No. 0110108
MARY GRACE DYLESKI
Florida Bar No. 0143383
South Milhausen, P.A.
Gateway Center
1000 Legion Place, Suite 1200
Orlando, Florida 32801
(407) 539-1638 – Telephone
(407) 539-2679 – Facsimile
Skohlmyer@southmilhausen.com
Mdyleski@southmilhausen.com
Attorneys for Defendant