UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DON MENNILLO,

    Plaintiff,                              CASE NO. 6:10-cv-01081-GAP-KRS

v.

REDLINE RECOVERY SERVICES, LLC,

    Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND PROPOSED ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, DON MENNILLO, and Defendant, REDLINE RECOVERY SERVICES, LLC, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, DON MENNILLO, against Defendant, REDLINE RECOVERY SERVICES, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: June 6, 2011                                  RESPECTFULLY SUBMITTED,

                                                  By:  /s James Pacitti
                                                        James Pacitti, Esq.
                                                        Krohn & Moss, Ltd
                                                        10474 Santa Monica Blvd.,
                                                        Suite 401
                                                       Los Angeles, CA 90025
                                                       Phone: (323) 988-2400 x 230
                                                        Fax:   (866) 385-1408
                                                       jpacitti@consumerlawcenter.com
                                                        Attorney for Plaintiff
                                                        FBN: 119768

Dated:  June 6, 2011                                     RESPECTFULLY SUBMITTED,

                                                   By:  /s/ Mary Grace Dyleski  
                                                         Mary Grace Dyleski  
                                                         Florida Bar No.143383  
                                                         South Milhausen, P.A.  
                                                         Gateway Center  
                                                         1000 Legion Place, Suite 1200  
                                                         Orlando FL 32801  
                                                         Phone: (407) 539-1638 x 342  
                                                         Fax: (407) 539-2679  
                                                         mdyleski@southmilhausen.com  
                                                         Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DON MENNILLO,

      Plaintiff,                        CASE NO. 6:10-cv-01081-GAP-KRS

v.

REDLINE RECOVERY SERVICES, LLC,

      Defendant.
_____/

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

The Foregoing Stipulation Is Approved And Is So Ordered.

Signed this _____ day of June, 2011

_____
The Honorable Gregory A. Presnell
United States District Judge